# Court of Appeals
# of the State of Georgia

ATLANTA, October 28, 2025

*The Court of Appeals hereby passes the following order*

## A26I0034. COASTAL PLAIN AREA ECONOMIC OPPORTUNITY AUTHORITY, INC et al v. CRYSTAL MCGRIFF et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2019SCV0032



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, October 28, 2025.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*